UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

JOSE LEWIS MUNIZ,

                Plaintiff,                    24-CV-6876 (DEH) (VF)

    -against-                         **ORDER**

CITY OF NEW YORK ET AL, et al.,

                Defendants.
-----------------------------------------------------------------X

**VALERIE FIGUEREDO, United States Magistrate Judge**

      The Clerk of Court is respectfully directed to mail the Order of Dismissal at ECF No. 12 to Plaintiff at the following address:

    Jose Muniz
    25B3108
    1879 Davis St
    P.O. Box 500
    Elmira, NY 14901-0500

    **SO ORDERED.**

DATED:    New York, New York
               October 24, 2025

                                          _____
                                          VALERIE FIGUEREDO
                                          United States Magistrate Judge