**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X

JOSE LEWIS MUNIZ,

                  Plaintiff,                  **24-CV-6876 (DEH) (VF)**

        -against-                       **<u>ORDER</u>**

CITY OF NEW YORK, et al.,

                  Defendants.
-----------------------------------------------------------------X

**VALERIE FIGUEREDO, United States Magistrate Judge**

       The Court is in receipt of Plaintiff's updated address. <u>See</u> ECF No. 16. The Clerk of

Court is respectfully directed to mail this Order to Plaintiff at the following address:

    Jose Lewis Muniz
    NYSID: 02635537Q
    B&C: 3492101228
    Eastern NY Correctional Facility
    30 Institutional Road
    P.O. Box 338
    Napanoch, NY 12458

      **SO ORDERED.**

DATED:    New York, New York
            February 26, 2026

                                  _____
                                  VALERIE FIGUEREDO
                                  United States Magistrate Judge