UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MUNIZ,

                    Plaintiff(s),

          v.

CITY OF NEW YORK ET AL.,

                    Defendant(s).

24-CV-6876 (DEH)

ORDER

DALE E. HO, United States District Judge:

On January 7, 2026, this Court re-opened the above-captioned case.  ECF No. 15.  It appears that Defendants have not yet been notified of this development.  The Court thus directs the Clerk of Court to electronically notify the New York City Department of Correction and the New York City Law Department of the Court's Order re-opening the case.  The Court requests that Defendants waive service of summonses.

SO ORDERED.

Dated: April 16, 2026
        New York, New York

                                              DALE E. HO
                                        United States District Judge