**Steven Banks**
*Corporation Counsel of the City of New York*

THE CITY OF NEW YORK
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

**Jessica Rubini**
**Assistant Corporation Counsel**
**Phone: (212) -356-3156**
Email: jrubini@law.nyc.gov

September 15, 2026

**VIA PACER**
Daniel Patrick Moynihan Courthouse
500 Pearl Street, Room 1660
New York, New York 10007

Re: *Jose Muniz v. City of New York et al.*
24-cv-06876-DEH-VF

Dear Judge Figueredo,

I am an Assistant Corporation Counsel in the Office of the Corporation Counsel, attorney for Defendants in the above-referenced action. On August 31, 2026, your honor scheduled a settlement conference for September 21, 2026. (*See* Dkt. No. 29) I write to respectfully request an adjournment of this conference. Plaintiff has consented to Defendants' request. This is Defendants' first request to adjourn the settlement conference.

The requested extension is needed as September 21, 2026 is a Jewish Holiday, and counsel for Defendants will be out of office in observance. I apologize for not alerting the Court to this conflict sooner.

Defendants respectfully propose adjourning the conference to any of the following dates: October 5, 2026, October 13, 2026, or October 19, 2026. Plaintiff's counsel is also available on these dates.

Thank you for your consideration of this request.

Respectfully,

/s/ *Jessica Rubini*

Jessica Rubini
Assistant Corporation Counsel

cc: (Via PACER)
Jimmy Taylor
40 Foley Sq LL22
New York, NY 10007
Phone: (212) 382-6647
Email: jtaylor@nycbar.org

**MEMO ENDORSED**

**HON. VALERIE FIGUEREDO**
**UNITED STATES MAGISTRATE JUDGE**
**Dated: September 16, 2026**

The conference scheduled for September 21, 2026, is hereby **ADJOURNED.** The Clerk of Court is respectfully directed to close the motion at ECF No. 30