**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
**-----------------------------------------------------------------X**

**JOSE LEWIS MUNIZ,**

**Plaintiff,**

**24-CV-6876 (DEH) (VF)**

**-against-**

**ORDER**

**CITY OF NEW YORK, et al.,**

**Defendants.**

**-----------------------------------------------------------------X**

**VALERIE FIGUEREDO, United States Magistrate Judge:**

Per the conference held on October 15, 2026, Plaintiff's amended complaint is due by **November 15, 2026**.

**SO ORDERED.**

DATED: New York, New York
October 19, 2026

VALERIE FIGUEREDO
United States Magistrate Judge